**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AVERIL POWELL,**

    Plaintiff(s),

v.                                     CASE NO:  8:05-CV-290-T-30TBM

**CHESTER LAMBDIN, Warden, et al.,**

    Defendant(s).
_____/

**ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sua sponte*. Upon review and consideration, the Court determines that the Plaintiff has failed to comply with this Court's Order (Dkt. #4) dated April 22, 2005, wherein the Plaintiff was required to pay the $250.00 filing fee on or before May 6, 2005. A review of Court records reveals that no payment has been received. In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1)     This cause is dismissed.

    2)     All pending motions are denied as moot.

    3)     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-290.dismissal.wpd*